# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**WESLEY AND MELISSA MANNING**                                                                **PLAINTIFFS**

**VERSUS**                                        **CIVIL ACTION NO.: 1:19-cv-423-HSO-JCG**

**ORKIN, LLC D/B/A ORKIN, INC.**                                                            **DEFENDANT**

## RULE 41 NOTICE OF DISMISSAL

**COME NOW**, the Plaintiffs, Wesley and Melissa Manning, pursuant to Fed. R. Civ. P. 41(a) and file this, their Notice of Voluntary Dismissal without prejudice.

RESPECTFULLY SUBMITTED this the 6th day of November, 2019.

                                      **WESLEY AND MELISSA MANNING,**
                                      **Plaintiffs**

                                      */s/   P. Manion Anderson*
                                      P. MANION ANDERSON, MSB # 104250

P. Manion Anderson, MSB #104250
Samuel S. McHard, MSB #100295
McHARD, McHARD, ANDERSON & ASSOCIATES, PLLC
140 Mayfair Road, Suite 1500
Hattiesburg, MS 39402
T: (601)450-1715
F: (601)450-1719
Em:   manderson@mchardlaw.com
        smchard@mchardlaw.com

-2-

Thomas F. Campbell
CAMPBELL LAW, PC
5336 Stadium Trace Parkway
Suite 206
Birmingham, AL 35244
Telephone: (205) 278-6650
Facsimile: (205) 278-6654
Email: tcampbell@campbelllitigation.com

*To be Admitted Pro Hac Vice*